# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lance Gerald Milliman, | Civil No. 12-1789 (RHK/FLN) |
| Petitioner, | **ORDER** |
| vs. | |
| State of Minnesota, County of Stearns, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  July 25, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge