UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Lance Gerald Milliman,   Civil No. 12-1789 (RHK/FLN)

      Petitioner,   **ORDER**

v.

State of Minnesota and
County of Stearns,

      Respondents.
_____

Based upon the August 7, 2012, Findings of Fact, Conclusions of Law, and Recommendation of United States Magistrate Judge Franklin L. Noel together with a de novo review of Petitioner's Objections thereto, and all the files, records and proceedings herein, **IT IS ORDERED**:

    1. Petitioner's Objections (Doc. Nos. 7 and 8) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    3. Petitioner's application for a writ of habeas corpus (Doc. No. 1) is **DENIED**;

    4. This action is **DISMISSED WITH PREJUDICE**; and

    5. The Court **DECLINES** to grant a Certificate of Appealability.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 27, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge